UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-06078-HDV-BFM **Date:** November 19, 2026

**Title:** *Sergio Lemus Rodriguez v. Mark Bowen, et al.*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause**

The District Judge's ruling on the Application for Temporary Restraining Order (ECF 22) appears to resolve the claims in the Petition. Petitioner is thus ordered to show cause, **no later than November 25, 2026**, why the Petition should not be denied for the reasons set out in the TRO order. Petitioner need not respond solely to preserve the positions he took in connection with the TRO briefing; indeed, he need not respond at all unless his view is that the TRO order leaves something more to be adjudicated. If Petitioner fails to respond by the deadline, the Court will move forward based on the briefing and arguments filed to date.

**IT IS SO ORDERED.**

cc: Counsel of Record

Initials of Preparer: ch